## No. 983.

THOMAS C. ANDERSON *vs.* C. C. DUSON, SHERIFF, ET AL.

A prayer for a jury comes too late after the case has been set for trial on a given day, or under a general order for setting cases, which is the rule in some of the country parishes.

APPEAL from the District Court for St. Landry.    BAILLIO, J., *ad hoc.*

*Bailey* for Plaintiff Appellant.    *Moore* for Defendants.

EGAN, J., delivered the opinion affirming the judgment.

## No. 991.

SUCCESSION OF C. M. GUILBEAU.    OPPOSITION OF HEIRS.

Where upon the trial of an opposition to the homologation of an administrator's account, the vouchers for sundry small items are offered in evidence without objection, accompanied by some general testimony as to their correctness, and the lower judge is satisfied therewith, his judgment will not be disturbed.

APPEAL from the Parish Court of St. Martin.    FOURNET, J.

*F. & M. Voorhies* for the Succession.    *Gary* for Opponents Appellants.

SPENCER, J., delivered the opinion affirming the judgment.